### HICKS *v.* IVEY.

*Simmons, C. J.*—Grant to Henry Pulling, deed from Henry Pullen; evidence admissible to show that these names designated one and the same person. Error in granting nonsuit. *Dickerson* v. *Brady*, 23 *Ga.* 161; *Brooking* v. *Dearmond*, 27 *Ga.* 58; *McDowell* v. *Irwin*, 32 *Ga.* 39; *Clements* v. *Wheeler*, 62 *Ga.* 53; 16 Am. & Eng. Enc. of Law, pp. 122-127, and notes.

November 16, 1896. Argued at the last term.        *Judgment reversed.*

Ejectment.  Before Judge Griggs.  Early superior court.  October term, 1895.

E. E. Hicks sued Mrs. Ann Ivey for land lot 400 in the 6th district of Early county.  His chain of title was: plat and grant from the State to Henry Pulling, of Emanuel county, December 4, 1840; deed from Henry Pullen of Emanuel county to James Hicks of Emanuel county, February 4, 1841; deed from James Hicks to William P. Hicks and J. E. Hightower, June 6, 1876; deed from J. E. Hightower to E. E. Hicks, November 18, 1855; and deed from W. P. Hicks to E. E. Hicks, March 11, 1887.  W. P. Hicks testified, that he was born in Emanuel county in March, 1830, and had resided there up to within twelve years ago, when he moved to Laurens county; that James Hicks was his father, from whom he received the plat and

grant before mentioned, at the time James Hicks made to·
him and J. E. Hightower the deed also mentioned; and
that he knew Henry Pullen in his lifetime.   He was asked
to state whether or not that person was also known in the·
community as Henry Pulling.   Objection to the question
was sustained, on the ground that it was incompetent to
explain, correct or vary a grant from the State by parol.
Witness was further asked, if in all the time he had lived in
Emanuel county he had ever heard of any one who went
under the name of Henry Pulling or Henry Pullen, other·
than the Henry Pullen asked about.   Objection to this
also was sustained, on the same ground.   To these rulings,.
and to the grant of a nonsuit, plaintiff excepted.

*R. H. Powell & Son,* for plaintiff.
*William D. Kiddoo,* for defendant.